UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Western Division
CIVIL ACTION NO. 5:11-CV-192-FL

| | |
|---|---|
| THE CINCINNATI LIFE INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | ) |
| v. | )  **ENTRY OF DEFAULT** |
| LIFE PLAN TRUST, INC., | ) |
| Defendant. | ) |

WHEREAS, it has made to appear to the undersigned Clerk of the United States District Court for the Eastern District of North Carolina, upon Plaintiff's Motion for Entry of Default, that Defendant Life Plan Trust, Inc., is subject to default as provided by Rule 55 of the Federal Rules of Civil Procedure;

NOW, THEREFORE, default is hereby entered against Defendant, Life Plan Trust, Inc., in this action.

_____
CLERK OF THE UNITED STATES DISTRICT
COURT FOR THE EASTERN DISTRICT OF
NORTH CAROLINA