UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Western Division
Civil Action No.: 5: 11-CV-192-FL

| | |
|---|---|
| THE CINCINNATI LIFE INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | ) |
| v. | ) **DEFAULT JUDGMENT** |
| LIFE PLAN TRUST, INC., | ) |
| Defendant. | ) |

THIS CAUSE coming on to be heard and being heard before the Undersigned Judge on motion of Plaintiff, The Cincinnati Life Insurance Company ("Plaintiff"), for entry of default judgment against Defendant, Life Plan Trust, Inc., ("Defendant"), pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, and it appearing from a review of the pleadings that the Complaint was duly served on Defendant on April 26, 2011, and that Defendant failed to answer or otherwise respond to the Complaint; and it further appearing that under the Federal Rules of Civil Procedure the time has expired for Defendant to respond to the Complaint, that Defendant does not oppose the motion, and that good cause exists for the entry of a default judgment against Defendant:

IT IS THEREFORE ORDERED that Plaintiff's motion for entry of default judgment against Defendant be and the same hereby is ALLOWED, and judgment is entered as follows. The Court hereby declares that Plaintiff has no obligation to pay death benefits to Defendant as beneficiary under life insurance policy number 5020355L issued by Plaintiff to Margaret Katherine Rion.

SO ORDERED, this the 13th day of October, 2011.

LOUISE W. FLANAGAN
Chief United States District Judge